**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

GABRIEL GUTIERREZ VARON,

Petitioner,

v.

DEP'T OF HOMELAND SECURITY, et al.,

Respondents.

CASE NO. 5:26-cv-4381-SK

**ORDER GRANTING UNOPPOSED HABEAS PETITION**

Gabriel Gutierrez Varon petitions for release from custody under 28 U.S.C. § 2241 following his arrest and detention by Immigration and Customs Enforcement (ICE). "Respondents are not presenting an opposition argument to the Petition at this time." (ECF 11). The Court thus construes the habeas petition as unopposed. So construed, the petition is GRANTED. Petitioner **Gabriel Gutierrez Varon (A# 371-25-191)** is ordered released from ICE custody immediately on the same terms of his most recent order of release on recognizance (OREC) before his arrest and detention. Judgment will be entered accordingly.

IT IS SO ORDERED.

DATED: August 12, 2026

STEVE KIM
United States Magistrate Judge