JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GABRIEL GUTIERREZ VARON,

Petitioner,

v.

DEP'T OF HOMELAND SECURITY, et al.,

Respondents.

CASE NO. 5:26-cv-4381-SK

**JUDGMENT**

In accordance with the Order Granting Unopposed Habeas Petition, IT IS ADJUDGED that the petition is granted. Petitioner **Gabriel Gutierrez Varon (A# 371-25-191)** is to be RELEASED from ICE custody immediately on the same terms of his most recent order of release on recognizance (OREC) before his arrest and detention.

The Court Clerk may close this case.

DATED: August 12, 2026

STEVE KIM
United States Magistrate Judge